Shannon Doyle, Esq. (SBN 207291)
David Coats, Esq. (SBN 295684)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

Attorney for Secured Creditor,
U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust, its successors and/or assigns

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 24-10440 |
| MARIA ANGELES CUERVO, | CHAPTER 13 |
| Debtor. | **OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF** |
| | Hearing Date: 11/13/2024 |
| | Time: 10:00 AM |
| | Courtroom: via Tele/Videoconference |
| | Location: via Tele/Videoconference |
| | Judge: Hon. Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE CHAPTER 13 TRUSTEE, AND OTHER INTERESTED PARTIES:**

Secured Creditor, U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust, its successors and/or assignees ("**Secured Creditor**"), in the above entitled

Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the proposed Chapter 13 Plan filed by Maria Angeles Cuervo ("**Debtor**")") on 09/05/2024 as Docket Number 16.

Secured Creditor is entitled to receive payments pursuant to a Promissory Note ("**Note**"), which is secured by a Deed of Trust ("**DOT**") on the subject property commonly known as 610 WILD OAK DR. WINDSOR, CA 95492 ("**Property**"). Secured Creditor files this Objection to protect its interests.

## ARGUMENT

Under 11 U.S.C. §1325, the provisions for plan confirmation in a Chapter 13 have been set. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the proposed Chapter 13 Plan ("**Plan**") within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. Based on the foregoing and as more fully detailed below, the Amended Plan cannot be confirmed as proposed.

As of 08/22/202, the amount in default was approximately $24,046.38, representing monthly payments and late charges due; advances for taxes and insurance, if any; and foreclosure costs and attorneys' fees incurred with respect to the default.

I. **PLAN PAYMENTS ARE NOT ENOUGH TO PAY ALL DEBTS**

The plan does not comply with 11 U.S.C. §1325 and is not feasible because Debtor lacks the disposable income necessary to fund the Plan. Here the Debtor has listed on Schedule I and J net monthly income in the amount of $564.00. However, the mortgage payment listed on Schedule J is $135.23 short of the actual amount. The mortgage payment as

of October 1, 2024 is $1,935.23. Accordingly, Debtor's disposable income is only $428.77 which is insufficient to fund the plan and fully provide for Secured Creditor's claim after factoring in the Trustee's fee and Debtor's Counsel's attorney's fees. The payment to Secured Creditor alone through Debtor's proposed Chapter 13 Plan must be $400.73 per month. As a result, the proposed Chapter 13 Plan is not feasible. Therefore, the Plan cannot be confirmed. 11 U.S.C. §1325(a)(6).

## **CONCLUSION**

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the proposed Chapter 13 Plan as proposed by the Debtor be denied.

**WHEREFORE**, Secured Creditor prays as follows

a. That confirmation of the proposed Chapter 13 Plan be denied;

b. For such other relief as this Court deems proper.

Dated: 10/07/2024                                          GHIDOTTI | BERGER LLP

By: /s/ *Shannon Doyle*
Shannon Doyle, Esq. (SBN 207291)
Counsel for Secured Creditor

Shannon Doyle, Esq. (SBN 207291)
David Coats, Esq. (SBN 295684)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

Attorney for Secured Creditor,
U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 24-10440 |
| Maria Angeles Cuervo, | CHAPTER 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| | Judge: Hon. Dennis Montali |

**CERTIFICATE OF SERVICE**

On 10/07/2024, I served the foregoing documents described as OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF on the following individuals by electronic means through the Court's ECF program:

Counsel for Debtor:
Evan Livingstone
evanmlivingstone@gmail.com

Chapter 13 Trustee:
David Burchard
TESTECF@burchardtrustee.com

U.S. Trustee:
Office of the United States Trustee
USTPRegion17.SF.ECF@usdoj.gov

By depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

Debtor:
Maria Angeles Cuervo
610 Wild Oak Dr
Windsor, CA 95492

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                                      /s/ *Shannon Doyle*
                                                                                       Shannon Doyle