Evan Livingstone (SBN 252008)
LAW OFFICE OF EVAN LIVINGSTONE
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Phone (707) 206-6570
Fax    (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Maria Cuervo

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 24-10440 DM |
|---|---|
| MARIA CUERVO | Chapter 13 |
| Debtor | **DECLARATION OF DEBTOR MARIA CUERVO RE NOT FILING TAX RETURNS** |

I, MARIA CUERVO, declare as follows:

1. I am the debtor in the instant bankruptcy case. I make this declaration of my own personal knowledge, and if called as a witness, could and would testify thereto:

2. I did not file any federal or state tax return for at least the last four years.

3. The reason I did not file tax returns is that my income did not meet the minimum threshold necessary to file a return.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on December 10, 2024 in Windsor, CA          /s/Maria Cuervo
                                                      Maria Cuervo, Debtor