| | |
|---|---|
| 1 | Shannon Doyle, Esq. (SBN 207291) |
| 2 | Ghidotti \| Berger LLP |
| | 1920 Old Tustin Ave |
| 3 | Santa Ana, CA 92705 |
| | Ph: 949-427-2010 |
| 4 | Fax: 949-427-2732 |
| | bknotifications@ghidottiberger.com |
| 5 | |
| 6 | Attorney for Movant |
| | U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust |

**UNITED STATES BANKRUPTCY COURT**

NORTHERN DISTRICT OF CALIFORNIA

((SANTA ROSA))

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 24-10440 |
| | ) | |
| Maria Angeles Cuervo | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | RS No: SD - 1 |
| | ) | |
| | ) | **AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | ) | |
| | ) | DATE: February 12, 2025 |
| | ) | TIME: 10:15 AM |
| | ) | CTRM: Zoom |
| | ) | PLACE: |
| | ) | |
| | ) | Honorable Judge Dennis Montali |
| | ) | |
| | ) | |

**TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on the above date and time Movant, U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust ("Movant"), will move this Court for an order granting relief from the automatic stay relative to Movant's interest in the real property commonly known as 610 Wild Oak Dr. Windsor, CA 95492, and more fully described in the Motion herein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 4001-1(f), a respondent will not be required to, but may, file responsive pleadings, points and authorities, and declarations for any preliminary hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to B.L.R 4001-1(a), respondent must appear personally or by counsel at the preliminary hearing.

**PLEASE TAKE FURTHER NOTICE** that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: January 10, 2025                                  **GHIDOTTI | BERGER LLP**

                                                         _/s/ Shannon Doyle_

                                                         Shannon Doyle, Esq.
                                                         Attorney for Movant

Shannon Doyle, Esq. (SBN 207291)
GHIDOTTI BERGER
1920 Old Tustin Ave
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

Attorneys for Movant
U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>MARIA ANGELES CUERVO,<br><br>    Debtor(s). | CASE NO.: 24-10440<br><br>CHAPTER: 13<br><br>RS No.: SD-A<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: February 12, 2025<br>Time: 10:15 am<br><br>Judge: Hon. Dennis Montali |

    I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 1920 Old Tustin Ave., Santa, Ana, CA 92705. On January 10, 2025, I served the foregoing documents described as

- **Notice of Hearing on Motion for Relief from Automatic Stay**

on the following individuals by depositing true copies thereof in the United States first class mail at Santa Ana, California, enclosed in a sealed envelope, with postage page and/or by NEF addressed as follows:

Debtor:
Maria Angeles Cuervo
610 Wild Oaks Dr
Windsor, CA 95492

Counsel for Debtor:
Evan Livingstone evanmlivingstone@gmail.com

Chapter 13 Trustee:
David Burchard TESTECF@burchardtrustee.com

U.S. Trustee:
Office of the U.S. Trustee / SR USTPRegion17.SF.ECF@usdoj.gov

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                                          /s/__Kaitlyn May_____