

Signed and Filed: March 28, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Shannon Doyle, Esq. (SBN 207291)
GHIDOTTI BERGER
1920 Old Tustin Ave
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

Attorneys for Movant
U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 24-10440 |
| | ) | |
| MARIA ANGELES CUERVO, | ) | CHAPTER: 13 |
| | ) | |
| Debtor(s). | ) | RS No.: SD-A |
| | ) | |
| | ) | **ORDER APPROVING** |
| | ) | **STIPULATION RESOLVING** |
| | ) | **MOTION FOR RELIEF** |
| | ) | |
| | ) | Hearing Date: February 12, 2025 |
| | ) | Time: 10:15 am |
| | ) | Location: 99 South E Street |
| | ) | Santa Rosa, CA 95404 |
| | ) | |
| | ) | |
| | ) | Judge: Hon. Dennis Montali |

Based upon the Court's review of the Stipulation Resolving Motion for Relief filed on March 25, 2025, between Secured Creditor, U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust, its successors and/or assignees ("Movant"), and Maria Angeles Cuervo (the "Debtor") by and through their attorneys of record, which has been executed by the respective counsel, and with good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that:

1. The Stipulation Resolving Motion for Relief filed on March 25, 2025, as Docket No. 33 is approved and shall be made an Order of this Court.

** END OF ORDER **