Martha G. Bronitsky, #127583
Chapter 13 Standing Trustee
Sarah Velasco, #255873, Staff Attorney
Brisa C. Ramirez #261480, Staff Attorney
PO Box 5004
Hayward, CA 94540
(510) 266-5580
13trustee@oak13.com

# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

| In re | |
|---|---|
| Maria Angeles Cuervo<br><br>Debtor | Chapter 13 Case No. 24-10440-DM 13<br><br>Chapter 13 Trustee's Objection to Modification of Chapter 13 Plan and Motion to Dismiss Chapter 13 Case |

### Objection Information

Trustee Objects To: Motion to Modify Confirmed Chapter 13 Plan
Filed: 10/28/2025
Docket#: 45

### Motion To Dismiss Information

☐ Trustee Seeks To Dismiss the Case     ☒ Trustee Does Not Seek to Dismiss the Case

**(See II. Motion To Dismiss Below)**

### Case Information

Petition Filed: August 22, 2024     Attorney Name: EVAN LIVINGSTONE

### I. Objection

Martha G. Bronitsky, Chapter 13 Trustee in the above referenced matter, opposes modification of the Chapter 13 Plan on the following grounds:

# Post-Confirmation Plan Modification 11 U.S.C. §1329, §1329(b)(1), §1325(a), §1329(c), §1322(b) and §1323(c)

☑ (1) The plan fails to provide for submission of all or such portion of future earnings or other future income to the supervision and control of the Trustee as is necessary for execution of the plan. [11 U.S.C.§1322(a)]

Facts: The debtor is not current with the plan payments under the proposed in motion to modify plan. A payment of $342.00 is needed for debtor to be current through February 2026 under the proposed modified plan.

☐ (2) The plan fails to provide for the full payment, in deferred cash payments, of all claims entitled to priority under 507 of this title [11 U.S.C.§1322(a)]

Facts:

☐ (3) The plan fails to provide for the same treatment of claims classified within a particular class. [11 U.S.C.§1322(a)]

Facts:

☐ (4) The plan unfairly discriminates between a class or classes of unsecured claims.[11 U.S.C.§1322(b)]

Facts:

☐ (5) The plan impermissibly modifies the claim of the creditor secured only by a security interest in real property that is the Debtor's principal residence. [11 U.S.C.§1322(b)]

Facts:

☐ (6) The plan fails to provide for the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is at least the amount that would be paid on such claim if the estate of the Debtor was liquidated under Chapter 7 of this title on such date. [11 U.S.C.§1325(a)(4)]

Facts:

☐ (7) The Plan is not feasible. The Debtor will not be able to make all payments under the plan and comply with the plan. [11 U.S.C.§1325(a)(6)]

Facts:

☐ (8) The Debtor has not paid all domestic support obligation as required by 11 U.S.C.§1325(a)(8).

Facts:

☐ (9) The Debtor(s) have not filed all applicable tax returns required by 11 U.S.C. §1325(a)(9)

Facts:

☐ (10) The plan does not provide for the payment of equal monthly amounts to allowed secured claims. [11 U.S.C.§1325(a)(B)(ii)(I)]

Facts:

☐ (11) The plan has not been proposed in good faith [11 U.S.C. 1325(a)(3)] and/or the action of the Debtor in filing the petition was in bad faith. [11 U.S.C.§1325 (a)(7)]

Facts:

☐ (12) The plan provides for payments to creditors for a period longer than five (5) years [11 U.S.C.§1329(b)(1)]

Facts:

☐ (13) With respect to each allowed secured claim provided for by the plan, the plan fails to provide for the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed amount of such claim. [11 U.S.C.§ 1325(a)(5)(B)(ii)]

Facts:

☐ (14) Other:

Facts:

### III. Trustee's Recommendation/Analysis

☑ The Motion to Modify the Plan should be denied.   ☐ Other:

**WHEREFORE,** the Trustee requests:

☑ That the Trustee's objection to Motion to Modify of the plan be sustained.

☐ That the Debtor's case be dismissed.

Such other and further relief as the court deems proper.

Case: 24-10440    Doc# 52    Filed: 02/23/26    Entered: 02/23/26 15:09:47    Page 3 of 5

3

Date: February 23, 2026                    /s/ Trustee Martha G. Bronitsky
                                           Trustee Martha G. Bronitsky
                                           Chapter 13 Trustee

## Certificate of Service

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the Debtor, Counsel for Debtor, and if applicable, the Creditor, Creditor representatives and the registered agent for the Creditor by depositing it in the United States Mail with First Class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 23, 2026

/s/ Olga Gonzalez
Olga Gonzalez

Maria Angeles Cuervo
610 Wild Oak Dr
Windsor, CA 95492

Debtor

Evan Livingstone
Law Office Of Evan Livingstone
2585 Sebastopol Rd Unit 7265
Santa Rosa, CA 95407

(Counsel for Debtor)