| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Maria Angeles Cuervo |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of California |
| Case number | 24-10440 |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust | **Court claim no.** (if known): | 3 |

**Last 4 digits** of any number you use to identify the debtor's account: 4893

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney Fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 10/01/2024 | (5) | $ 550.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: | | (10) | $ |
| 11. | Other. Specify: Form 410/410A Loan Payment History | 10/01/2024 | (11) | $ 250.00 |
| 12. | Other. Specify: Plan Review | 09/11/2024 | (12) | $ 400.00 |
| 13. | Other. Specify: Objection to Plan | 09/29/2024 | (13) | $ 550.00 |
| 14. | Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Maria Angeles Cuervo | | Case Number (if known) | 24-10440 |
|---|---|---|---|---|
| | First Name | Middle Name Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | | |
|---|---|---|---|---|
| ✗ | /s/ Shannon Doyle | | Date | 10/21/2024 |
| | Signature | | | |
| Print: | Shannon Doyle | | Title | Bankruptcy Attorney |
| Company | Ghidotti \| Berger LLP | | | |
| Address | 1920 Old Tustin Ave | | | |
| | Number Street | | | |
| | Santa Ana, CA 92705 | | | |
| | City State Zip Code | | | |
| Contact phone | (949) 427-2010 | | Email | bknotifications@ghidottiberger.com |



**1920 Old Tustin Avenue | Santa Ana, California 92705**
Tel: 949.427.2010 | Fax: 949.427.2732
www.GhidottiBerger.com

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. Maria Angeles Cuervo
Case Ref Number: 24-10440
Property Address: 610 WILD OAK DR., WINDSOR, CA 95492
OURFILE: 22-000168 CASE: 22-000168-6
Loan ▮▮▮▮▮▮▮▮
Investor: PRP

| Area of Law: | Bankruptcy | Attorney: Melbalynn Fisher |
|---|---|---|
|  | BK Plan Review |  |

BILLING SUMMARY:

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 09/11/2024 | Fannie Mae - Bankruptcy - Plan Review (Recoverable) | $400.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $400.00 |
| Total Costs This Invoice | $0.00 |
| Total Fees and Costs This Invoice | $400.00 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $400.00 |

Thank you for the opportunity to be of service.

| Invoice Date | | Invoice Number |
|---|---|---|
| 10/14/2024 | **GhidottiBerger** | 153225 |

1920 Old Tustin Avenue | Santa Ana, California 92705
Tel: 949.427.2010 | Fax: 949.427.2732
www.GhidottiBerger.com

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. Maria Angeles Cuervo
Case Ref Number: 24-10440
Property Address: 610 WILD OAK DR., WINDSOR, CA 95492
OURFILE: 22-000168 CASE: 22-000168-5
Loan #: ███████
Investor: PRP

| Area of Law: | Bankruptcy | Attorney: BK Staff Atty |
|---|---|---|
| | BK POC | |

BILLING SUMMARY:

| COSTS | | |
|---|---|---|
| **DATE** | **COST DESCRIPTION** | **AMOUNT** |
| 10/01/2024 | Postage - Required Bankruptcy Mail 0019420-01 (Non-Recoverable) | $5.19 |

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 10/01/2024 | Fannie Mae - Bankruptcy - Chapter 13 - Proof of claim (Recoverable) | $550.00 |
| 10/01/2024 | Fannie Mae - Bankruptcy - Proof of Claim - Form 410/410A Loan Payment History (Recoverable) | $250.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $800.00 |
| Total Costs This Invoice | $5.19 |
| Total Fees and Costs This Invoice | $805.19 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $805.19 |

Thank you for the opportunity to be of service.

1920 Old Tustin Avenue | Santa Ana, California 92705
Tel: 949.427.2010 | Fax: 949.427.2732
www.GhidottiBerger.com

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. Maria Angeles Cuervo
Case Ref Number: 24-10440
Property Address: 610 WILD OAK DR., WINDSOR, CA 95492
OURFILE: 22-000168 CASE: 22-000168-7
Loan #: ███████
Investor: PRP

| Area of Law: | Bankruptcy | Attorney: Shannon Doyle |
|---|---|---|
| | BK Objection to Plan | |

BILLING SUMMARY:

| COSTS | | |
|---|---|---|
| **DATE** | **COST DESCRIPTION** | **AMOUNT** |
| 10/07/2024 | Postage - Required Bankruptcy Mail 0019648-01 (Non-Recoverable) | $1.59 |

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 09/29/2024 | Fannie Mae - Bankruptcy - Chapter 13 - Objection to Plan (Recoverable) | $550.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $550.00 |
| Total Costs This Invoice | $1.59 |
| Total Fees and Costs This Invoice | $551.59 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $551.59 |

Thank you for the opportunity to be of service.

Shannon Doyle (SBN 207291)
Ghidotti | Berger LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 200-4381
bknotifications@ghidottiberger.com
22-000168

Attorneys for Secured Creditor,
U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SANTA ROSA)**

| | |
|---|---|
| In Re: | Case No. 24-10440 |
| Maria Angeles Cuervo, | Chapter 13 |
| Debtor(s). | **CERTIFICATE OF SERVICE** |
| | Judge: Hon Dennis Montali |

**CERTIFICATE OF SERVICE**

On October 21, 2024, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by electronic means through the Court's ECF program:

Counsel for Debtor(s):
Law Office of Evan Livingstone, evanmlivingstone@gmail.com

Chapter 13 Trustee:
David Burchard, TESTECF@burchardtrustee.com

| | |
|---|---|
| 1 | U.S. Trustee: |
| 2 | Office of the U.S. Trustee / SR, USTPRegion17.SF.ECF@usdoj.gov |
| 3 | |
| 4 | |
| 5 | By depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows: |
| 6 | |
| 7 | Debtor(s): |
| 8 | Maria Angeles Cuervo, 610 WILD OAK DR., WINDSOR, CA 95492 |
| 9 | |
| 10 | Dated: October 21, 2024 |
| 11 | /s/ Shannon Doyle<br>Shannon Doyle |

Case: 24-10440   Doc#   Filed: 10/21/24   Entered: 10/21/24 09:06:48   Page 8 of 8